IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT LP, | § § § | |
| Debtor, | § § | |
| THE CHARITABLE DAF FUND LP, et al., | § § § | |
| Appellants, | § § | |
| v. | § § | Civil Action No.  3:21-CV-03129-N |
| HIGHLAND CAPITAL MANAGEMENT LP, | § § § | |
| Appellee. | § § | |

## **ORDER**

The above-referenced matter is transferred to the docket of the Honorable Judge

Jane J. Boyle, who originally had this case.  All future pleadings shall be filed under case

number 3:21-CV-3129-B.


SIGNED June 7, 2022.


_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE