**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | **Case No. 19-34054-sgj11** |
| | § | |
| **Debtor.** | § | |

| | | |
|---|---|---|
| | § | |
| **THE CHARITABLE DAF FUND, L.P. and** | § | |
| **CLO HOLDCO, LTD.,** | § | |
| | § | |
| **Appellants,** | § | |
| | § | **Case No. 3:21-cv-03129-B** |
| **v.** | § | |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | |
| | § | |
| **Appellee.** | § | |

| | | |
|---|---|---|
| **CHARITABLE DAF FUND, L.P. and** | § | |
| **CLO HOLDCO, LTD.,** | § | |
| | § | |
| **Appellants,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | |
| **HIGHLAND HCF ADVISOR, LTD., and** | § | |
| **HIGHLAND CLO FUNDING, LTD., nominally,** | § | |
| | § | |
| **Appellees.** | § | |

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Appellants Charitable DAF Fund, L.P. and CLO Holdco, Ltd. move this Court for an extension of time in which to file their reply brief in this appeal of the Bankruptcy Court's Order Granting Motion to Dismiss the Adversary Proceeding.

## BACKGROUND

1.      Appellants filed their opening brief on May 26, 2022.  Appellee filed its brief on June 27, 2022.

2,      Appellants' reply brief is current due on July 11, 2022.

## REASONS FOR EXTENSION

3.      Appellants respectfully request an 18-day extension to and including July 29, 2022, at 5:00 p.m. by which to file their reply brief for the following reasons and commitments:

- A long-planned, extended family vacation from July 6 through 24, 2022.

- Daily depositions in two cases from June 21 through July 1, including time devoted prior thereto  for extensive preparation

- Reply brief deadline today in *The Charitable DAF Fund, L.P. v. Highland Capital Management, L.P.*, Adversary Proceding No. 22-03052-sgj, In the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

Appellants' counsel has conferred with Appellee's counsel who are not opposed to the requested 18-day extension.

## CONCLUSION

For the above reasons, Appellants respectfully request that their request for an 18-day extension to and including July 29, 2022, at 5:00 p.m. be granted.  Appellants request any and all further relief to which they may be entitled.

Dated:  July 5, 2022

Respectfully submitted,

**SBAITI & COMPANY PLLC**

*/s/ Mazin A. Sbaiti*
**Mazin A. Sbaiti**
Texas Bar No. 24058096
**Jonathan Bridges**
Texas Bar No. 24028835
JPMorgan Chase Tower
2200 Ross Avenue – Suite 4900W
Dallas, TX  75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
   jeb@sbaitilaw.com

**Counsel for Appellants**